**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| | | | | |
|---|---|---|---|---|
| **Place of Offense:** | | **Category No.** II | **Investigating Agency** | FBI |

**City**   Quincy, Saugus

**Related Case Information:**

**County**   Norfolk, Essex

| | |
|---|---|
| Superseding Ind./ Inf. | Case No.   25-mj-7212-JCB |
| Same Defendant | New Defendant   X |
| Magistrate Judge Case Number | |
| Search Warrant Case Number | |
| R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name   Brian Cardoso                            Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address   (City & State) 11 Alpha Road, Dorchester, MA 02124

Birth date (Yr only): 1992   SSN (last4#): 4890   Sex M   Race: Black   Nationality: USA

**Defense Counsel if known:**   Brendan Kelley (on 21-cr-10021)   Address   Federal Defenders Office

**Bar Number**

51 Sleeper Street, 5th Floor
Boston, MA 02210

**U.S. Attorney Information:**

**AUSA**   John Dawley                            Bar Number if applicable   683662

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☐ Warrant Requested          ☑ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   03/03/2025

☑ Already in Federal Custody as of   03/04/2025   in   PCCF (on 21-cr-10021)   .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   4/18/2025          Signature of AUSA:   /s/ John T. Dawley, Jr.

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Brian Cardoso _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   18 U.S.C. § 1201(c) | Conspiracy to commit kidnapping | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____